## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division

Case Number:   09-26876-EPK
Chapter: 7

In re:

WILLIAM S. GOVERO, II
AND KIMBERLY A. GOVERO,

                Debtors,

_____

WILLIAM S. GOVERO, II
AND KIMBERLY A GOVERO,

                Plaintiffs,

v.

ALLERGY ASSOCIATES OF THE
PALM BEACHES, P.A. AND
I.C. SYSTEM, INC.

                Defendants.
_____/

### COMPLAINT SEEKING CONTEMPT REMEDIES FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION

    1.  This complaint is filed by the Debtors/Plaintiffs, WILLIAM S. GOVERO, II

AND KIMBERLY A GOVERO, in the above referenced chapter 7 case. This Court thus

has jurisdiction over this proceeding, which arises under the Bankruptcy Code, pursuant

to 28 U.S.C. § 1334.  This proceeding is a core proceeding.

    2.  Defendant, ALLERGY ASSOCIATES OF THE PALM BEACHES, P.A.,

(hereinafter "Allergy Associates") is a corporation operating and organized under the

laws of the State of Florida.

3.  Defendant, I.C. SYSTEM, INC. (hereinafter "I.C. System"), is a corporation with its principle place of business in St. Paul, Minnesota.  Upon information and belief, I.C. System is engaged in the business of collection of debt.

4.  Defendants Allergy Associates and I.C. System were named in Schedule F of the petition as creditors without security or priority.  Allergy Associates is a creditor by virtue of medical services provided to Debtors/Plaintiffs.

5. On or about August 13, 2009, an Order for Relief was entered pursuant to 11 U.S.C. § 301, thus triggering an automatic stay, pursuant to 11 U.S.C. §362(a), of all debt collection against the Debtor.

6.  On or about August 16, 2009, the Bankruptcy Noticing Center sent formal notification of the Bankruptcy proceeding to all scheduled creditors.  Defendants, Allergy Associates and I.C. System were thus put on formal notice of the subject bankruptcy proceedings.  A true and correct copy of the Bankruptcy Noticing Center's Certificate of Notice is attached hereto as Exhibit "A".

7.  In addition, on October 7, 2009, Debtors/Plaintiffs filed an Adversary Proceeding within the above referenced chapter 7 case naming I.C. System as a defendant alleging I.C. System willfully violated the automatic stay [See Case 09-02108-EPK; D.E.1].  Thus, I. C. System was provided with actual notice of the subject bankruptcy.

8.  Upon receipt of the above mentioned notification, defendants Allergy Associates and I.C. System were required to immediately halt any and all efforts to collect the debt owing to Allergy Associates from Debtors/Plaintiffs.

9.    Upon information and belief, despite having received notice of the subject bankruptcy proceeding, Defendant Allergy Associates sold, transferred, assigned, or otherwise charged I.C. System with the task of collecting the debt due and owing from Debtor/Plaintiff, KIMBERLY A. GOVERO to Defendant Allergy Associates.

10.  On or about November 10, 2009, Defendant, I.C. System sent written correspondence to the Debtor's/Plaintiff's home address in an attempt to collect the debt. A true and correct copy of the invoice is attached hereto as Exhibit "B".

11.  Further, on or about November 15, 2009, Defendant I.C. System sent a written correspondence to the Debtor's/Plaintiff's home address acknowledging that Debtors/Plaintiffs advised I.C. System of the subject bankruptcy. However, despite being so advised, the invoice was sent in an attempt to collect the debt. A true and correct copy of the invoice is attached hereto as Exhibit "C".

12.  Debtors/Plaintiffs debts were discharged in case number 09-26876, by order of this Court on December 1, 2009, pursuant to 11 U.S.C.§524.  The debt due and owing to Defendants falls within the scope of that discharge.  Defendants were duly provided with a copy of this Court's Order discharging the debt owing from Debtors/Plaintiffs to Defendants.  A true and correct copy of this Court's Order is attached hereto as Exhibit "D."

13. Despite having received formal notice of the discharge regarding the subject debt, on or about January 1, 2010, Defendant I.C. System sent written correspondence to the Debtor's/Plaintiff's home address in an attempt to collect the debt.  A true and correct copy of the written correspondence is attached hereto as Exhibit "E".

14. In addition to the foregoing, I.C. System contacted Debtors/Plaintiffs via telephone on numerous occasions in an attempt to collect the debt. The dates of the telephone contacts include but are not limited to the following:

      a. On or about November 23,2009 ;

      b. On or about November 25, 2009;

      c. On or about December 5, 2009;

      d. On or about December 6, 2009;

      e. On or about December 7, 2009

      f. On or about December 8, 2009;

      g. On or about December 12, 2009;

      h. On or about January 5, 2010.

15. The above described demand for payment of the balance of the debt constituted unlawful collection actions in willful violation of 11 U.S.C. §362(a) and 11 U.S.C. §524.

**WHEREFORE,** the Debtors/Plaintiffs pray that this Court will enter an Order:

a.     Declaring the Defendants guilty of civil contempt by violating the automatic stay granted herein on August 13, 2009 and discharge injunction granted December 1. 2010, for their actions including but not limited to those on or about November 10, 2009, November 15, 2009, November 23, 2009; November 25, 2009; December 5, 2009; December 6, 2009; December 7, 2009; December 8, 2009; December 12, 2009; January 1, 2010 and January 5, 2010.

b.      Awarding Debtors/Plaintiffs compensatory and punitive damages, plus

attorneys fees and costs pursuant to 11 U.S.C. §362(k) and 11 U.S.C.

§524 and for contempt of Court; and,

c.      Granting such additional relief as it deems necessary or proper.

Dated:  March 8, 2010

By:  _/s/ Christian A. McCue
Florida Bar Number:  59528
The McCue Law Firm, P.A.
1600 S Federal Highway # 451
Ft. Lauderdale, FL 33062
(954) 267-9377
Fax: (954) 267-9377
Email: christian.mccue@mccuelaw.com

EXHIBIT "A"

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/1/08)                    Case Number **09–26876–EPK**

## UNITED STATES BANKRUPTCY COURT
### Southern District of Florida
www.flsb.uscourts.gov

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/13/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.

All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office.

**NOTE:  THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

**See Reverse Side For Important Explanations and SDFL Local Court Requirements.**

| Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years): | |
|---|---|
| William S Govero II<br>14787 Key Lime Blvd<br>Loxahatchee, FL 33470 | Kimberley A Govero<br>fka Kimberley A Freese<br>14787 Key Lime Blvd<br>Loxahatchee, FL 33470 |
| **Case Number:**<br>09–26876–EPK | **Last four digits of Social–Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:**  xxx–xx–8204<br>xxx–xx–6516 |
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:**<br>Christian A. McCue Esq.<br>1600 S Federal Hwy #451<br>Pompano Beach, FL 33062–7525<br>**Telephone number:**  954–267–9377 | **Bankruptcy Trustee (name and address):**<br>Deborah Menotte<br>POB 211087<br>West Palm Beach, FL 33421<br>**Telephone number:**   (561) 795–9640 |

## MEETING OF CREDITORS

Date:  **September 14, 2009**                    Time:  **11:30 AM**

Location:  **Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401**

 **Note: Debtors must bring original government–issued photo identification and proof of the social security number (or if applicable Tax ID) to this meeting.**

 **WARNING TO DEBTOR: Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to timely file required schedules, statements or lists, and for failure to file pre–bankruptcy certification of credit counseling or file wage documentation.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:**  11/13/09
**Deadline to Object to Trustee's Report of Abandonment:** See explanation on reverse.
**Deadline to Object to Exemptions:**
Thirty days after the conclusion of the meeting of creditors scheduled in this notice or within thirty days of any amendment to the list or supplemental schedules.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the bankruptcy clerk's office where assigned judge is chambered:**<br>Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401<br>Telephone: 561–514–4100 | |
|---|---|
| **Hours Open:**  Monday – Friday 9:00 AM – 4:30 PM<br>Closed all Legal Holidays | **Clerk of the Bankruptcy Court:**  Katherine Gould Feldman<br>**For:** Judge  Erik P. Kimball<br>**Date:**  8/14/09 |

## EXPLANATIONS

FORM B9A (12/1/08)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side (or the existing case under another chapter has been converted to chapter 7). |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government–issued photo identification and proof of the social security number (or, if applicable, Tax ID) at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date without further notice. As mandated by the Department of Homeland Security, **ALL** visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g., drivers license, state identification card, passport, or immigration card). |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this case is converted from chapter 13, pursuant to Local Rules 1019–1(E) and 3002–1(A), it has been designated as a no asset case at this time. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. Writing a letter to the court or judge is not sufficient. An adversary complaint must be filed in accordance with the applicable rules. The discharge will not be issued until the Official Bankruptcy Form "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management" is filed by the debtor. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format at any clerk's office public terminal (at no charge for viewing ) or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (305)536–5979 or (800)473–0226. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Abandonment of Property by Trustee | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within 2 business days. Objections to the report must be filed within 15 calendar days of the meeting. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at www.ebnuscourts.com. |
| Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

District/off: 113C-9                User: eisenberg              Page 1 of 2                    Date Rcvd: Aug 14, 2009
Case: 09-26876                      Form ID: B9A                Total Noticed: 42

The following entities were noticed by first class mail on Aug 16, 2009.
```
db/jdb   +William S Govero, II,  Kimberley A Govero,   14787 Key Lime Blvd,   Loxahatchee, FL 33470-5279
aty       Christian A. McCue, Esq.,   1600 S Federal Hwy #451,   Pompano Beach, FL  33062-7525
tr       +Deborah Menotte,   POB 211087,   West Palm Beach, FL 33421-1087
smg      +Highlands County Tax Collector,   540 S Commerce Ave,   Sebring, FL 33870-3867
ust      +Office of the US Trustee,   51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
87233391  AT&T,  POB 105262,  Atlanta, GA 30348-5262
87233389 +Allergy Associates of the Palm Beaches,   12977 Southern Blvd,   Bldg 5 #200,
           Loxahatchee, FL 33470-9255
87233392  Axelrod & Silver, DDS,   1501 Presidential Way #15,   West Palm Beach, FL 33401-1852
87233393  Bank of America,   POB 15184,   Wilmington, DE 19850-5184
87233400 +CPS Security Regional Debt Placement,   POB 33698,   San Antonio, TX 78265-3698
87233395 +Capital One,  POB 71083,  Charlotte, NC 28272-1083
87233396 +Cb Accts Inc (Original Creditor:Pal,  1101 Main St Suite,   Peoria, IL 61606-1928
87233398  Citimortgage, Inc.,   1000 Technology Dr,   O Fallon, MO 63368-2240
87233399 +Columbia Hospital,  2201 45 St,   West Palm Beach, FL 33407-2095
87233401 +Dial Adjustment Bureau,   960 Maccarthur Blvd,   Mahwah, NJ 07430-2040
87233402  Financial Asset Management Systems,   POB 451409,   Atlanta, GA 31145-9409
87233403  Focus Financial Services,   300 S Congress Ave #3,   Boynton Beach, FL 33426
87233406 +Gregory J Barro & Ass,   400 Travis St #1004,   Shreveport, LA 71101-3117
87233407 +Gulf Coast Collection,   5630 Marquesas Cir,   Sarasota, FL 34233-3331
87233409  IC Systems,  POB 64437,  St Paul, MN 55164-0437
87233410 +Joanne Billera,  189 W 89 St #10L,   New York, NY 10024-1976
87233412  MD Now Medical Centers,   4570 Lantana Rd,   Lake Worth, FL 33463-6908
87233414 +Midtown Imaging,  POB 850001,  Orlando, FL 32885-0001
87233415  Nco Financial Systems,   507 Prudential Rd,   Horsham, PA 19044-2368
87233416 +Palm Beach Institute,   1017 N Olive Ave,   West Palm Beach, FL 33401-3511
87233417  Sallie Mae,  POB 9500,  Wilkes Barre, PA 18773-9500
87233418 +Suburban Water Conditioning Inc,   2203 Belvedere Rd,   W Palm Beach, FL 33406-1521
87233420 +The Palm Beach Institute Inc,   1017 N Olive Ave,   W Palm Beach, FL 33401-3511
87233421 +University Perinatal Associates,   1650 S Congress Ave,   Palm Springs, FL 33461-2175
87233423 +Wellington Regional Medical Center,   10101 Forest Hill Blvd,   Wellington, FL 33414-6199
87233424  West Asset Management,   2703 N Highway 75,   Sherman, TX 75090
```

The following entities were noticed by electronic transmission on Aug 15, 2009.
```
tr       +EDI: BDCMENOTTE.COM Aug 14 2009 21:23:00   Deborah Menotte,   POB 211087,
           West Palm Beach, FL 33421-1087
smg       EDI: FLDEPREV.COM Aug 14 2009 21:23:00   Florida Department of Revenue,   POB 6668,
           Bankruptcy Division,   Ft Lauderdale, FL  32314-6668
87233390  EDI: AMEREXPR.COM Aug 14 2009 21:23:00   American Express,   POB 360001,
           Fort Lauderdale, FL 33336-0001
87233393  EDI: BANKAMER2.COM Aug 14 2009 21:23:00   Bank of America,   POB 15184,
           Wilmington, DE 19850-5184
87233394 +EDI: TSYS2.COM Aug 14 2009 21:23:00   Barclays Bank Delaware,   125 S West St,
           Wilmington, DE 19801-5014
87233397  EDI: CHASE.COM Aug 14 2009 21:23:00   Chase - BP,   POB 36520,   Louisville, KY 40233-6520
87233399 +EDI: HCA.COM Aug 14 2009 21:23:00   Columbia Hospital,   2201 45 St,
           West Palm Beach, FL 33407-2095
87233404 +EDI: RMSC.COM Aug 14 2009 21:23:00   Gemb Paypal Buyer Credit,   POB 981064,
           El Paso, TX 79998-1064
87233405 +EDI: RMSC.COM Aug 14 2009 21:23:00   Gemb/Banana Republic,   POB 981400,
           El Paso, TX 79998-1400
87233408 +EDI: RMSC.COM Aug 14 2009 21:23:00   HSN,  POB 9090,  Clearwater, FL 33758-9090
87233411 +EDI: TSYS2.COM Aug 14 2009 21:23:00   Macy's,  POB 8113,  Mason, OH 45040-8113
87233413 +EDI: MID8.COM Aug 14 2009 21:23:00  Midland Credit Mgmt,   8875 Aero Dr,
           San Diego, CA 92123-2251
87233419 +EDI: WTRRNBANK.COM Aug 14 2009 21:23:00   Target Financial Services,   Mail Stop 5C-F,
           POB 673,   Minneapolis, MN 55440-0673
87233422 +EDI: CHASE.COM Aug 14 2009 21:23:00   Washington Mutual Card Services,   POB 660487,
           Dallas, TX 75266-0487
                                                                              TOTAL: 14
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2009**                    **Signature:**

EXHIBIT "B"

I.C. SYSTEM, INC.
444 Highway 96 East, P.O. Box 64437
St. Paul, MN 55164-0437

444 Highway 96 East
PO Box 64378
St. Paul, MN 55164-0378
Toll-Free No.: 888/735-8029
Mon - Thur 7:00 AM - 9:00 PM CT
Fri 7:00 AM - 7:00 PM CT
Sat 7:00 AM - 3:30 PM CT
Sun 11:00 AM - 9:00 PM CT


I.C. SYSTEM

**Address Service Requested**

November 10, 2009

I.C. System Reference Number: 29021928-1-09

RE: Allergy Assoc. of Palm Beach
Principal Due:                           $315.65
**BALANCE DUE:**                    **$315.65**
Paid Since Placement:                      $.00

#BWNPHDV
#2902192851009BA2#
WILLIAM S GOVERO
14787 KEY LIME BLVD
LOXAHATCHEE, FL  33470-5279

Dear William S Govero:

Your delinquent account has been turned over to this collection agency.

You are hereby notified that I.C. System will forward the account information to the national credit reporting agencies in your creditors name if you fail to fulfill the terms of your credit obligations. Of course, you will have the right then, as you do now, to inspect your credit file in accordance with federal law. I.C. System will not submit the account information to the national credit reporting agencies until the expiration of the time period described in the notice below.

Tear off the bottom portion of this letter and return it with your payment.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

The balance shown above is the amount due as of the date of this letter. This amount may change due to interest or other charges that may be added to the account after the date of this letter.

Sincerely,

*Beth Brown*

Beth Brown
Manager

You may pay online at www.yourpayment.com. Once there, you will need to enter your Reference Number: 29021928-1-09. There are no additional charges for making your payment online.

NOTICE

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.
    Telephone calls to or from our General Office are randomly monitored by supervisory personnel for business reasons not directly related to your account. Calls may be monitored and recorded for quality assurance.

0510-System-021098363-1SC-020865

2250

TEAR OFF THIS PORTION AND RETURN WITH PAYMENT
MAKE CHECK PAYABLE TO I.C. SYSTEM, INC.

I.C. System Reference Number: 29021928-1-09

William S Govero
14787 Key Lime Blvd
Loxahatchee, FL  33470-5279

RE: Allergy Assoc. of Palm Beach
Principal Due:                           $315.65
**BALANCE DUE:**                    **$315.65**
Paid Since Placement:                      $.00

I.I.I.I.I.I.I.I.I.I.I.II.I.I.I.I.I.I.I.I.I.I.I

I.C. System, Inc.
PO Box 64378
Saint Paul MN 55164-0378

0510000003156502902192800109010

EXHIBIT C

I.C. SYSTEM, INC.
444 Highway 96 East, P.O. Box 64437
St. Paul, MN 55164-0437

444 Highway 96 East
PO Box 64378
St. Paul, MN 55164-0378
Toll-Free No.: 888/735-8029
Mon - Thur 7:00 AM - 9:00 PM CT
Fri 7:00 AM - 7:00 PM CT
Sat 7:00 AM - 3:30 PM CT
Sun 11:00 AM - 9:00 PM CT

**I.C.SYSTEM**

November 15, 2009

I.C. System Reference Number: 29021928-1-09

RE: Allergy Assoc. of Palm Beach
Principal Due: $315.65
BALANCE DUE: $315.65
Paid Since Placement: $.00

#2902192802809BF4#
WILLIAM S GOVERO
14787 KEY LIME BLVD
LOXAHATCHEE, FL 33470-5279

Dear William S Govero:

Our office must request proof that this debt was included in the bankruptcy proceedings that you indicated had been filed on your behalf. You have informed us that this account owed to Allergy Assoc. of Palm Beach in the amount of $315.65 was to be included yet neither our office nor Allergy Assoc. of Palm Beach has received any legal notification.

We must receive copies of legal documents indicating that this delinquent debt has been included in your bankruptcy. Otherwise, we will expect payment in full, immediately. We will proceed with further collection efforts in the event that payment or legal documents are not received now.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

    1. Make your cashier's check or money order for $315.65 payable to I.C. System, Inc..

    2. Write your account number on your payment.

    3. Mail it along with the bottom portion of this letter.

Sincerely,

Beth Brown

Beth Brown
Manager

    Si ud tiene alguna pregunta acerca de esta cuenta llame 800/279-9420 y referir al numero de su cuenta.
Telephone calls to or from our General Office are randomly monitored by supervisory personnel for business reasons not directly related to your account. Calls may be monitored and recorded for quality assurance.

0028-System-021198206-1SC-000031

1280

TEAR OFF THIS PORTION AND RETURN WITH PAYMENT
MAKE CHECK PAYABLE TO I.C. SYSTEM, INC.

I.C. System Reference Number: 29021928-1-09

William S Govero
14787 Key Lime Blvd
Loxahatchee, FL 33470-5279

RE: Allergy Assoc. of Palm Beach
Principal Due: $315.65
BALANCE DUE: $315.65
Paid Since Placement: $.00

I.C. System, Inc.
PO Box 64378
Saint Paul MN 55164-0378

0028000003156502902192800109010L

EXHIBIT D

Form CGFD39   (9/19/08)



**ORDERED in the Southern District of Florida on December 1, 2009**



**Erik P. Kimball**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 09–26876–EPK**

**Chapter: 7**

In re: *

William S Govero II
14787 Key Lime Blvd
Loxahatchee, FL 33470

Last four digits of SSN/ITIN or Complete EIN: xxx–xx–8204

Kimberley A Govero
fka Kimberley A Freese
14787 Key Lime Blvd
Loxahatchee, FL 33470

Last four digits of SSN/ITIN or Complete EIN: xxx–xx–6516

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

### IT IS ORDERED:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

Copies to:  All Parties of record

---

*   Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both
    social–security numbers or individual taxpayer–identification numbers (ITIN) or complete employer tax–identification numbers (EIN).

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor(s)' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

*# # #*

*Page 2 of 2*

# CERTIFICATE OF NOTICE

```
District/off: 113C-9          User: adaml          Page 1 of 2          Date Rcvd: Dec 01, 2009
Case: 09-26876               Form ID: CGFD39      Total Noticed: 43

The following entities were noticed by first class mail on Dec 03, 2009.
db/jdb     +William S Govero, II,  Kimberley A Govero,   14787 Key Lime Blvd,   Loxahatchee, FL 33470-5279
aty        +Dale T Golden,   2124 W Kennedy Blvd #A,   Tampa, FL 33606-1545
smg        +Highlands County Tax Collector,   540 S Commerce Ave,   Sebring, FL 33870-3867
ust         Office of the US Trustee,   51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
cr         +CitiMortgage, Inc.,   Law Offices of David J. Stern, P.A.,   c/o Lindsey A. Savastano, Esq.,
             900 S. Pine Island Road, Suite 400,   Plantation, FL 33324-3920
dft        +I.C. System, Inc,   20 N.E. 2nd Street, Suite 2205,   Attn: Kenneth Rapp, President,
             Minneapolis, MN 55413-2268
87233391    AT&T,   POB 105262,  Atlanta, GA 30348-5262
87233389   +Allergy Associates of the Palm Beaches,   12977 Southern Blvd,   Bldg 5 #200,
             Loxahatchee, FL 33470-9255
87233392    Axelrod & Silver, DDS,   1501 Presidential Way #15,   West Palm Beach, FL 33401-1852
87233393    Bank of America,   POB 15184,  Wilmington, DE 19850-5184
87233400   +CPS Security Regional Debt Placement,   POB 33698,   San Antonio, TX 78265-3698
87233395   +Capital One,   POB 71083,  Charlotte, NC 28272-1083
87233396   +Cb Accts Inc (Original Creditor:Pal,   1101 Main St Suite,   Peoria, IL 61606-1928
87233398    Citimortgage, Inc.,   1000 Technology Dr,   O Fallon, MO 63368-2240
87233399   +Columbia Hospital,   2201 45 St,   West Palm Beach, FL 33407-2095
87233401   +Dial Adjustment Bureau,   960 Maccarthur Blvd,   Mahwah, NJ 07430-2040
87233402    Financial Asset Management Systems,   POB 451409,   Atlanta, GA 31145-9409
87233403    Focus Financial Services,   300 S Congress Ave #3,   Boynton Beach, FL 33426
87233406   +Gregory J Barro & Ass,   400 Travis St #1004,   Shreveport, LA 71101-3117
87233407   +Gulf Coast Collection,   5630 Marquesas Cir,   Sarasota, FL 34233-3331
87233409    IC Systems,   POB 64437,  St Paul, MN 55164-0437
87233410   +Joanne Billera,   189 W 89 St #10L,   New York, NY 10024-1976
87233412    MD Now Medical Centers,   4570 Lantana Rd,   Lake Worth, FL 33463-6908
87233414   +Midtown Imaging,   POB 850001,  Orlando, FL 32885-0001
87233415    Nco Financial Systems,   507 Prudential Rd,   Horsham, PA 19044-2368
87233416   +Palm Beach Institute,   1017 N Olive Ave,   West Palm Beach, FL 33401-3511
87233417    Sallie Mae,   POB 9500,  Wilkes Barre, PA 18773-9500
87233418   +Suburban Water Conditioning Inc,   2203 Belvedere Rd,   W Palm Beach, FL 33406-1521
87233420   +The Palm Beach Institute Inc,   1017 N Olive Ave,   W Palm Beach, FL 33401-3511
87233421   +University Perinatal Associates,   1650 S Congress Ave,   Palm Springs, FL 33461-2175
87233422    Washington Mutual Card Services,   POB 660487,   Dallas, TX 75266
87233423   +Wellington Regional Medical Center,   10101 Forest Hill Blvd,   Wellington, FL 33414-6199
87233424    West Asset Management,   2703 N Highway 75,   Sherman, TX 75090

The following entities were noticed by electronic transmission on Dec 01, 2009.
smg         EDI: FLDEPREV.COM Dec 01 2009 20:49:00     Florida Department of Revenue,   POB 6668,
             Bankruptcy Division,   Ft Lauderdale, FL  32314-6668
87233391    EDI: ATTWIREBK.COM Dec 01 2009 20:48:00     AT&T,   POB 105262,  Atlanta, GA 30348-5262
87233390    EDI: AMEREXPR.COM Dec 01 2009 20:48:00     American Express,   POB 360001,
             Fort Lauderdale, FL 33336-0001
87233393    EDI: BANKAMER2.COM Dec 01 2009 20:48:00     Bank of America,   POB 15184,
             Wilmington, DE 19850-5184
87233394   +EDI: TSYS2.COM Dec 01 2009 20:49:00     Barclays Bank Delaware,   125 S West St,
             Wilmington, DE 19801-5014
87233397    EDI: CHASE.COM Dec 01 2009 20:48:00     Chase - BP,   POB 36520,  Louisville, KY 40233-6520
87233399   +EDI: HCA.COM Dec 01 2009 20:49:00     Columbia Hospital,   2201 45 St,
             West Palm Beach, FL 33407-2095
87233404   +EDI: RMSC.COM Dec 01 2009 20:49:00     Gemb Paypal Buyer Credit,   POB 981064,
             El Paso, TX 79998-1064
87233405   +EDI: RMSC.COM Dec 01 2009 20:49:00     Gemb/Banana Republic,   POB 981400,
             El Paso, TX 79998-1400
87233408   +EDI: RMSC.COM Dec 01 2009 20:49:00     HSN,   POB 9090,   Clearwater, FL 33758-9090
87233411   +EDI: TSYS2.COM Dec 01 2009 20:48:00     Macy's,   POB 8113,   Mason, OH 45040-8113
87233413   +EDI: MID8.COM Dec 01 2009 20:49:00     Midland Credit Mgmt,   8875 Aero Dr,
             San Diego, CA 92123-2251
87233419   +EDI: WTRRNBANK.COM Dec 01 2009 20:48:00     Target Financial Services,   Mail Stop 5C-F,
             POB 673,   Minneapolis, MN 55440-0673
                                                                              TOTAL: 13

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
         ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2009**                    **Signature:**          _Joseph Speetjens_

EXHIBIT E

I.C. SYSTEM, INC.
444 Highway 96 East, P.O. Box 64437
St. Paul, MN 55164-0437

444 Highway 96 East
PO Box 64378
St. Paul, MN 55164-0378
Toll-Free No.: 888/735-8029
Mon - Thur 7:00 AM - 9:00 PM CT
Fri 7:00 AM - 7:00 PM CT
Sat 7:00 AM - 3:30 PM CT
Sun 11:00 AM - 9:00 PM CT

**I.C. SYSTEM**

January 1, 2010

I.C. System Reference Number: 29021928-1-09

RE:  Allergy Assoc. of Palm Beach
Principal Due:                          $315.65
BALANCE DUE:                      $315.65

$.00 has been Paid Since Placement

#2902192854010113#
WILLIAM S GOVERO
14787 KEY LIME BLVD
LOXAHATCHEE, FL  33470-5279

Dear William S Govero:

We are calling your attention to the fact that you have not paid the above referenced balance. Do you intend to pay this debt?

While we appeal to your sense of responsibility to clear this debt, I.C. System, Inc. must pursue collection of this account.

One of the next steps our office will take is to report this debt to various credit reporting agencies. You have the right to inspect those credit files in accordance with federal law.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

To avoid further collection efforts, pay this account TODAY or call the above referenced phone number NOW to make arrangements for payment.

Sincerely,

*Beth Brown*

Beth Brown
Manager

You may pay online at www.yourpayment.com. Once there, you will need to enter your Reference Number: 29021928-1-09. There are no additional charges for making your payment online.

Si ud tiene alguna pregunta acerca de esta cuenta llame 800/279-9420 y referir al numero de su cuenta.
Telephone calls to or from our General Office are randomly monitored by supervisory personnel for business reasons not directly related to your account. Calls may be monitored and recorded for quality assurance.

0540-System-021906005-1SC-009026

TEAR OFF THIS PORTION AND RETURN WITH PAYMENT
MAKE CHECK PAYABLE TO I.C. SYSTEM, INC.

I.C. System Reference Number: 29021928-1-09

WILLIAM S GOVERO
14787 Key Lime Blvd
Loxahatchee, FL  33470-5279

RE:  Allergy Assoc. of Palm Beach
Principal Due:                          $315.65
BALANCE DUE:                      $315.65

$.00 has been Paid Since Placement

I.C. System, Inc.
PO Box 64378
Saint Paul MN 55164-0378

0540000003156502902192800109010